Submitted on record and briefs February 26, affirmed November 13, 2002, petition for review denied February 11, 2003 (335 Or 196)

PATRICK HUGH RONALD MORRISON,
*Appellant,*

*v.*

Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

00C-12896, 00C-12900; A114688 (Control), A114784
(Cases Consolidated)

57 P3d 949

Melinda M. Buel filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge,* and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer,* 184 Or App 577, 57 P3d 176 (2002).

---

* Haselton, P. J., *vice* Edmonds, P. J.